FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEC 29 2009

DAVID J. MALAND, CLERK
BY
DEPUTY _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § Petitioner, § § v. § § ROBIN WILSON-SKELTON and § BRIAN SKELTON, § § Respondents. § | MISC. ACTION NO. 4:09-MC-42 Judge Schell/Judge Bush |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On December 9, 2009, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Respondents be required to fully comply with the summons issued to them and appear at the offices of the Internal Revenue Service as directed.

There being no objections by Respondents, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

Respondents **ROBIN WILSON-SKELTON and BRIAN SKELTON** are **ORDERED** and **DIRECTED** to fully comply with the summonses issued so that the IRS can complete a Collection Information Statement(s) for the tax years ending December 31, 2001, 2002, 2003, 2004, and 2005. Respondents **ROBIN WILSON-SKELTON and BRIAN SKELTON** are further **DIRECTED** to

appear on **December 30, 2009 at 10 a.m. at the offices of the Internal Revenue Service, 5450 Stratum Road, Suite 150, Fort Worth, Texas 76137**, to meet with IRS Revenue Officer LaDusta Stillwell or her designated agent, to comply with the summonses, and to produce the records and testimony described in the summonses.

Further, the United States Marshal is directed to make service of this order on Respondents.

**IT IS SO ORDERED.**

*Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE